STATE OF NEW JERSEY v. ALAN BURRELL.

May 24, 1985.

Petition for certification denied.

NICHOLAS T. CHILDS v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

May 24, 1985.

Petition for certification granted.   (See 199 *N.J.Super.* 441)

NICHOLAS T. CHILDS v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

May 24, 1985.

Cross-petition for certification denied.   (See 199 *N.J.Super.*
441)

STATE OF NEW JERSEY v. DANIEL NEGER.

May 24, 1985.

Petition for certification denied.